IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re   Donna Dunn | )   )   )   )   ) | Chapter 13   Case # 17-07380   Judge  Jeffrey J. Graham |
| Debtor. | | |

DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY

Comes now the debtor, by and through counsel, and respectfully objects to the Motion For Relief From Stay filed by Home Point Financial Corporation ("Creditor"), in this case. In support of such objection, the debtor states the following:

1. The Court has jurisdiction over this proceeding under 28 U.S.C. § 1334.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code and a Chapter 13 Plan on 09/26/2017.

4. The debtor is indebted to Creditor for a mortgage on her residence.

5. The debtor has become delinquent in post-petition payments, but believes she has brought the payment current.

WHEREFORE, the debtor prays that the Motion For Relief From Stay filed by Creditor in this case be denied and that the Automatic Stay remain in full force and effect with respect to this creditor.

Respectfully submitted,

/s/ Bridget D. Spears
Bridget D. Spears, J.D.
GERACI LAW LLC
55. E. Monroe St., #3400
Chicago, IL  60603
312.332.1800
877.247.1960
inn@geracilaw.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

    The undersigned, an Attorney, does hereby certify that a copy of the attached Motion was mailed to the following at their respective addresses, postage prepaid, by deposit in the United States Mail or by electronic service on 2/21/2019.

/s/Bridget D. Spears
Bridget D. Spears, J.D.
GERACI LAW LLC
55. E. Monroe St., #3400
Chicago, IL  60603
312.332.1800
877.247.1960
inn@geracilaw.com
Attorney for Debtors

SERVICE LIST:

Debtor via Email

Trustee via ECF

US Trustee via ECF

Molly Slutsky Simons
Sottile & Barile
PO Box 476
Loveland, OH 45140